**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

DORIS AMPONSAH,
*Petitioner*,

v.

ERIC H. HOLDER, JR.,
Attorney General,
*Respondent*.

No. 11-71311

Agency No.
A079-811-066

ORDER
WITHDRAWING THE
OPINION AND
DENYING THE
PETITION FOR
PANEL REHEARING

Filed September 12, 2013

Before: William A. Fletcher and Raymond C. Fisher,
Circuit Judges, and Gordon J. Quist, District Judge.*

## ORDER

The opinion filed March 22, 2013, and reported at 709 F.3d 1318, is withdrawn.

The petition for panel rehearing, filed June 5, 2013, is denied as moot.

---

* The Honorable Gordon J. Quist, Senior United States District Judge for the Western District of Michigan, sitting by designation.

Within 14 days after entry of this order, and within 90 days periodically thereafter, Respondent shall file a status report advising this court of the status of the Board of Immigration Appeals' proceedings in the cases in which the Board is considering whether to overrule or modify *Matter of Cariaga*, 15 I. & N. Dec. 716 (BIA 1976). *See* Petition for Panel Rehearing at 8 ("[T]he Board has recently called for supplemental briefing in two cases presenting the issue of whether the rule in *Matter of Cariaga* should be overruled or modified.").

Submission is withdrawn pending further order of this court.